IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                            CASE NO. 1:07-cr-00025-MP-AK

DALE LEONARD BOSTIC,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 11, Motion for Release of Pretrial Service Report by Dale Leonard Bostic. In the motion, defense counsel states that "defendant requests this report for the sole purpose of attorney/client relationship and/or in office use only." Nevertheless, the probation office submitted a memorandum to the undersigned opposing the disclosure of the report.

The undersigned agrees that under 18 U.S.C. § 3153(c)(1) the sole purpose of the pretrial services report is for bail determination and that this report is otherwise confidential. Use of the report would possibly require that the government also be given a copy and could also result in the disclosure of incomplete, inaccurate or even harmful information, resulting in less cooperation by defendants with probation officers. For these reasons, the Motion for Release of Pretrial Services Report, doc. 11, is denied.

**DONE AND ORDERED** this _20th_ day of September, 2007

                                              *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge